| | |
|---|---|
| STATE OF RHODE ISLAND<br>PROVIDENCE, S.C. | SUPERIOR COURT |

| | |
|---|---|
| HENRY SALAZAR,<br><br>        Plaintiff,<br><br>v.<br><br>SELENE FINANCE, LP; U.S. BANK NATIONAL ASSOCIATION AS LEGAL TITLE TRUSTEE FOR BCAT 2016-18TT; and PEDRO TAVERAS,<br><br>        Defendants. | C.A. No. PC-2018-4561 |

## NOTICE OF FILING NOTICE OF REMOVAL

TO:    Clerk
Providence County Superior Court
Licht Judicial Complex
250 Benefit Street
Providence, RI 02903

John B. Ennis, Esq.
1200 Reservoir Avenue
Cranston, RI 02920

Pursuant to 28 U.S.C. §§ 1441(a) and 1446(d), Defendants, Selene Finance, L.P. and U.S. Bank National Association as Legal Title Trustee for BCAT 2016-18TT (collectively, "Defendants") (collectively, "Defendants"), hereby provide written notice that on September 6, 2018, Defendants filed a Notice of Removal in the subject action to the United States District Court for the District of Rhode Island. The Notice of Removal is attached hereto as <u>Exhibit A</u>. Pursuant to 28 U.S.C. § 1446(d), the state court shall proceed no further.

Respectfully submitted,

SELENE FINANCE, LP; and U.S. BANK NATIONAL ASSOCIATION AS LEGAL TITLE TRUSTEE FOR BCAT 2016-18TT,

By Their Attorneys,

*/s/ Ethan Z. Tieger*
Samuel C. Bodurtha, Bar No. 7075
Ethan Z. Tieger, Bar No. 9308
HINSHAW & CULBERTSON LLP
321 South Main Street, Suite 301
Providence, RI 02903
Telephone: (401) 751-0842
Facsimile: (401) 751-0072
sbodurtha@hinshawlaw.com
etieger@hinshawlaw.com

Dated: September 6, 2018

**CERTIFICATE OF SERVICE**

I, Ethan Z. Tieger, hereby certify that on this <u>6th</u> day of September, 2018:

☒ I filed and served this document through the electronic filing system on the following:

    John B. Ennis, Esq.
    1200 Reservoir Avenue
    Cranston, RI 02920

    *Counsel to Plaintiff*

The document electronically filed and served is available for viewing and/or downloading from the Rhode Island Judiciary's Electronic Filing System.

☐ I served this document through the electronic filing system on the following: _____.

The document electronically served is available for viewing and/or downloading from the Rhode Island Judiciary's Electronic Filing System.

☐ I mailed or ☐ hand-delivered this document to the attorney for the opposing party and/or opposing party if self-represented, whose name is _____ at the following address _____.

                                              */s/ Ethan Z. Tieger*
                                              Ethan Z. Tieger