...d in Providence/Bristol County Superior Court
...omitted: 6/25/2018 3:48 PM
...elope: 1601317
...iewer: Alexa G.

# EXHIBIT F



# KORDE & ASSOCIATES, P.C.

## ATTORNEYS AT LAW

SERVING MASSACHUSETTS, NEW HAMPSHIRE, & RHODE ISLAND

December ‑8 , 2017

### NOTICE OF TERMINATION OF TENANCY
### R.I.G.L. 34-18-37(b), 34-18-38.2(c) and 34-18-56(c)

To: Henry M. Salazar, John Doe and Jane Doe
84 Merino Street, Unit 1, Providence, Rhode Island 02909

On August 8, 2017, U.S. Bank National Association, not in its individual capacity, but solely as legal title trustee for BCAT 2016-18TT became the Owner of the premises you are currently occupying as the result of a foreclosure sale held on July 20, 2017. On August 22, 2017 the foreclosure deed was recorded.

You are hereby directed to vacate and remove your property and personal possessions from the premises located at 84 Merino Street, Unit 1, Providence, Rhode Island 02909 and deliver control of the premises to the Owner on February 1, 2018.

This notice is given for the purpose of terminating your tenancy. Please be advised that should a Court action be necessary, the Owner will ask the Court to award damages for use and occupancy in an amount to be determined by the Court.

If you fail to vacate the premises by the date specified, an eviction action may be instituted against you without further notice. If you believe that you have a defense to this termination of your tenancy, you will be able to raise that defense at the Court hearing.

U.S. Bank National Association, not in its individual capacity, but solely as legal title trustee for BCAT 2016-18TT Owner
By its Attorney,

_____ , Esq.
Walter H. Porr, Jr.

### Certification of Service

I certify that I placed in regular United States Mail, first class postage prepaid, a copy of this Notice addressed to each of the Occupants named above, this 28th day of December, 2017.

_____
Kevin Freitas

900 CHELMSFORD STREET, SUITE 3102, LOWELL, MASSACHUSETTS 01851
PHONE: 978-256-1500 / FAX: 978-256-7615
HOURS OF OPERATION: 8:30AM – 5:30PM, EST MONDAY THRU FRIDAY

# IMPORTANT NOTICE TO SERVICEMEMBERS AND THEIR DEPENDENTS: PROTECTIONS UNDER THE SERVICEMEMBERS CIVIL RELIEF ACT

If you are a servicemember on "active duty" or "active service" or a dependent of such a servicemember, you may be entitled to certain legal rights and protections, including protection from eviction, pursuant to the Servicemembers Civil Relief Act (50 USC §§ 3911-4026), as amended, (the "SCRA") and, possibly, certain related state statutes. Eligible service can include:

1. Active duty (as defined in section 101(d)(1) of title 10, United States Code) with the Army, Navy, Air Force, Marine Corps or Coast Guard;

2. Active service with the National Guard;

3. Active service as a commissioned officer of the National Oceanic and Atmospheric Administration;

4. Active service as a commissioned officer of the Public Health Service; or

5. Service with the forces of a nation with which the United States is allied in the prosecution of a war or military action.

Eligible service also includes any period during which a servicemember is absent from duty on account of sickness, wounds, leave or other lawful cause.

:d in Providence/Bristol County Superior Court
)mitted: 6/25/2018 3:48 PM
'elope: 1601317
/iewer: Alexa G.

# EXHIBIT F



# KORDE & ASSOCIATES, P.C.
## ATTORNEYS AT LAW

SERVING MASSACHUSETTS, NEW HAMPSHIRE, & RHODE ISLAND

December 28 , 2017

### NOTICE OF TERMINATION OF TENANCY
R.I.G.L. 34-18-37(b), 34-18-38.2(c) and 34-18-56(c)

To: Henry M. Salazar, John Doe and Jane Doe
84 Merino Street, Unit 1, Providence, Rhode Island 02909

On August 8, 2017, U.S. Bank National Association, not in its individual capacity, but solely as legal title trustee for BCAT 2016-18TT became the Owner of the premises you are currently occupying as the result of a foreclosure sale held on July 20, 2017. On August 22, 2017 the foreclosure deed was recorded.

You are hereby directed to vacate and remove your property and personal possessions from the premises located at 84 Merino Street, Unit 1, Providence, Rhode Island 02909 and deliver control of the premises to the Owner on February 1, 2018.

This notice is given for the purpose of terminating your tenancy. Please be advised that should a Court action be necessary, the Owner will ask the Court to award damages for use and occupancy in an amount to be determined by the Court.

If you fail to vacate the premises by the date specified, an eviction action may be instituted against you without further notice. If you believe that you have a defense to this termination of your tenancy, you will be able to raise that defense at the Court hearing.

U.S. Bank National Association, not in its individual capacity, but solely as legal title trustee for BCAT 2016-18TT Owner
By its Attorney,

_____, Esq.
Walter H. Porr, Jr.

### Certification of Service

I certify that I placed in regular United States Mail, first class postage prepaid, a copy of this Notice addressed to each of the Occupants named above, this 28th day of December, 2017.

_____
Kevin Freitas

900 CHELMSFORD STREET, SUITE 3102, LOWELL, MASSACHUSETTS 01851
PHONE: 978-256-1500 / FAX: 978-256-7615
HOURS OF OPERATION: 8:30AM – 5:30PM, EST MONDAY THRU FRIDAY

## IMPORTANT NOTICE TO SERVICEMEMBERS AND THEIR DEPENDENTS: PROTECTIONS UNDER THE SERVICEMEMBERS CIVIL RELIEF ACT

If you are a servicemember on "active duty" or "active service" or a dependent of such a servicemember, you may be entitled to certain legal rights and protections, including protection from eviction, pursuant to the Servicemembers Civil Relief Act (50 USC §§ 3911-4026), as amended, (the "SCRA") and, possibly, certain related state statutes. Eligible service can include:

1. Active duty (as defined in section 101(d)(1) of title 10, United States Code) with the Army, Navy, Air Force, Marine Corps or Coast Guard;

2. Active service with the National Guard;

3. Active service as a commissioned officer of the National Oceanic and Atmospheric Administration;

4. Active service as a commissioned officer of the Public Health Service; or

5. Service with the forces of a nation with which the United States is allied in the prosecution of a war or military action.

Eligible service also includes any period during which a servicemember is absent from duty on account of sickness, wounds, leave or other lawful cause.

# EXHIBIT G

d.In Providence/Bristol County Superior Court
dd.In an Chison Bisinic
jofiled: 5/25/2018 3:48 PM
(clbse: 1040552
(elpse: 1040552
(lawer: Alexa E
(lawer: Dawn Capobianco



# KORDE & ASSOCIATES, P.C.
## ATTORNEYS AT LAW

SERVING MASSACHUSETTS, NEW HAMPSHIRE, & RHODE ISLAND

December ___28___, 2017

### NOTICE OF TERMINATION OF TENANCY
R.I.G.L. 34-18-37(b), 34-18-38.2(e) and 34-18-56(c)

To:    Henry M. Salazar, John Doe and Jane Doe
84 Merino Street, Unit 2, Providence, Rhode Island 02909

On August 8, 2017, U.S. Bank National Association, not in its individual capacity, but solely as legal title trustee for BCAT 2016-18TT became the Owner of the premises you are currently occupying as the result of a foreclosure sale held on July 20, 2017. On August 22, 2017 the foreclosure deed was recorded.

You are hereby directed to vacate and remove your property and personal possessions from the premises located at 84 Merino Street, Unit 2, Providence, Rhode Island 02909 and deliver control of the premises to the Owner on February 1, 2018.

This notice is given for the purpose of terminating your tenancy. Please be advised that should a Court action be necessary, the Owner will ask the Court to award damages for use and occupancy in an amount to be determined by the Court.

If you fail to vacate the premises by the date specified, an eviction action may be instituted against you without further notice. If you believe that you have a defense to this termination of your tenancy, you will be able to raise that defense at the Court hearing.

U.S. Bank National Association, not in its individual capacity, but solely as legal title trustee for BCAT 2016-18TT Owner
By its Attorney,

_WHR_ , Esq.
Walter H. Porr, Jr.

### Certification of Service

I certify that I placed in regular United States Mail, first class postage prepaid, a copy of this Notice addressed to each of the Occupants named above, this ___28th___ day of ___December___, 2017.

Kevin Freitas

900 CHELMSFORD STREET, SUITE 3102, LOWELL, MASSACHUSETTS 01851
PHONE: 978.256.1500 / FAX: 978.256.7615
HOURS OF OPERATION: 8:30AM – 5:30PM, EST MONDAY THRU FRIDAY

**IMPORTANT NOTICE TO SERVICEMEMBERS AND THEIR DEPENDENTS:**
**PROTECTIONS UNDER THE SERVICEMEMBERS CIVIL RELIEF ACT**

If you are a servicemember on "active duty" or "active service" or a dependent of such a servicemember, you may be entitled to certain legal rights and protections, including protection from eviction, pursuant to the Servicemembers Civil Relief Act (50 USC §§ 3911-4026), as amended, (the "SCRA") and, possibly, certain related state statutes. Eligible service can include:

1. Active duty (as defined in section 101(d)(1) of title 10, United States Code) with the Army, Navy, Air Force, Marine Corps or Coast Guard;

2. Active service with the National Guard;

3. Active service as a commissioned officer of the National Oceanic and Atmospheric Administration;

4. Active service as a commissioned officer of the Public Health Service; or

5. Service with the forces of a nation with which the United States is allied in the prosecution of a war or military action.

Eligible service also includes any period during which a servicemember is absent from duty on account of sickness, wounds, leave or other lawful cause.

d in Providence/Bristol County Superior Court
omitted: 6/25/2018 3:48 PM
velope: 1601317
viewer: Alexa G.

# EXHIBIT H

## STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

PROVIDENCE COUNTY

**DISTRICT COURT
PROVIDENCE DIVISION**

U.S. BANK NATIONAL ASSOCIATION,
NOT IN ITS INDIVIDUAL CAPACITY,
BUT SOLELY AS LEGAL TITLE
TRUSTEE FOR BCAT 2016-18TT,
PLAINTIFF,

v.                                                    CASE NO. _____

HENRY M. SALAZAR, ALBA AQUINO,
JOEL COSME TINO, MARVIN LOPEZ
A/K/A MIGUEL MARVIN LOPEZ, YOBANI
URIZAR, JENNER URIZAR, JOHN DOE AND
JANE DOE,
                          DEFENDANTS.
_____/

### Complaint for Eviction

Pursuant to R.I. Gen. Laws 34-18-37(b), 34-18-38.2(e) and 34-18-56(c), Plaintiff, U.S.

Bank National Association, not in its individual capacity, but solely as legal title trustee for

BCAT 2016-18TT, brings this action for eviction of the Defendants, Henry M. Salazar, Alba

Aquino, Joel Cosme Tino, Marvin Lopez a/k/a Miguel Marvin Lopez, Yobani Urizar, Jenner

Urizar , John Doe and Jane Doe and as grounds therefore, alleges as follows:

### Parties

1.     Plaintiff, U.S. Bank National Association, not in its individual capacity, but solely

as legal title trustee for BCAT 2016-18TT, is a nationally chartered bank organized and existing

under the laws of the United States of America with a principal place of business c/o Selene

Finance LP, 9990 Richmond Avenue, Suite 400S, Houston, Texas 77042.

2.     Defendant, Henry M. Salazar, is an individual who currently resides at 84 Merino

Street, Unit 1, Providence, Rhode Island 02909, and is the former owner of said property.

1

3.     Defendants, Alba Aquino, Joel Cosme Tino, Marvin Lopez a/k/a Miguel Marvin Lopez, Yobani Urizar, Jenner Urizar, are individuals who currently reside at 84 Merino Street, Unit 1, Providence, Rhode Island 02909.

4.     Defendants, John Doe and Jane Doe, are unknown individuals who may currently reside at 84 Merino Street, Unit 1, Providence, Rhode Island 02909.

### Facts

5.     On August 8, 2017, Plaintiff became the owner of the property located at 84 Merino Street, Unit 1, Providence, Rhode Island 02909 (the Property) by virtue of the execution and delivery of a Statutory Form of Foreclosure Deed Under Power of Sale in Mortgage. Said Foreclosure Deed was subsequently recorded with the City of Providence Land Evidence Records on August 22, 2017, in Book 11807, Page 123. A true and accurate copy of said Foreclosure Deed is attached hereto as Exhibit 1.

6.     On December 28, 2017, Plaintiff served upon Defendants, Henry M. Salazar, John Doe and Jane Doe, a Notice of Termination of Tenancy pursuant to R.I. Gen. Laws 34-18-37 and 34-18-38.2(e), requiring said Defendants to vacate the Property and surrender possession thereof on February 1, 2018. A true and accurate copy of said Notice of Termination of Tenancy is attached hereto as Exhibit 2.

7.     On December 28, 2017, Plaintiff served upon Defendants, Alba Aquino, Joel Cosme Tino, Marvin Lopez a/k/a Miguel Marvin Lopez, Yobani Urizar, Jenner Urizar, John Doe and Jane Doe, a Notice of Termination of Tenancy pursuant to R.I. Gen. Laws 34-18-38.2(c)(1)(iii), 34-18-38.2(d)(3) and 34-18-56(c) requiring said Defendants to vacate the Property and surrender possession thereof on February 1, 2018. A true and accurate copy of said Notice of Termination of Tenancy is attached hereto as Exhibit 3.

8.    At all times material hereto, Defendants, Alba Aquino, Joel Cosme Tino, Marvin Lopez a/k/a Miguel Marvin Lopez, Yobani Urizar, Jenner Urizar, John Doe and Jane Doe, were the tenants of the Property.  Pursuant to R.I. Gen. Laws 34-18-38.2(c)(1)(iii), 34-18-38.2(d)(3) and 34-18-56(c), Plaintiff's termination of Defendant's tenancy is for their failure to renew their lease by their failure to return the completed occupancy application.

9.    As of the filing of this Complaint, Defendants have failed to vacate the Property and surrender possession thereof to Plaintiff.

### Prayer For Relief

WHEREFORE, Plaintiff prays for judgment against all Defendants as follows:

1. That judgment for possession of the Property be entered in favor of Plaintiff and against all Defendants;

2. That Plaintiff be award money damages for use and occupancy from August 8, 2017, to the date of final hearing on this matter;

3. That Plaintiff be awarded its costs of suit herein;

4. That Plaintiff be awarded its reasonable attorneys' fees and,

5. For such other and further relief that the Court deems just and proper.

Dated:  March 6, 2018

Respectfully submitted,
U.S. Bank National Association, not in its individual capacity, but solely as legal title trustee for BCAT 2016-18TT,
Plaintiff,
By its attorney,

/s/ Paul Manning, Esq/
Paul Manning, Esq., RI Bar # 7124
Korde & Associates, P.C.
900 Chelmsford Street, Suite 3102
Lowell, MA 01851-8100
(978) 256-1500
pmanning@kordeassoc.com

Date Complaint filed with the Clerk:          March 6, 2018

3

d in Providence/Bristol County Superior Court
omitted: 6/25/2018 3:48 PM
elope: 1601317
iewer: Alexa G.

# EXHIBIT I

**STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS**

**PROVIDENCE COUNTY**

**DISTRICT COURT
PROVIDENCE DIVISION**


**U.S. BANK NATIONAL ASSOCIATION,
NOT IN ITS INDIVIDUAL CAPACITY,
BUT SOLELY AS LEGAL TITLE
TRUSTEE FOR BCAT 2016-18TT,
PLAINTIFF,**

**v.**                                                CASE NO. _____

**HENRY M. SALAZAR, ALBA AQUINO,
JOEL COSME TINO, MARVIN LOPEZ
A/K/A MIGUEL MARVIN LOPEZ, YOBANI
URIZAR, JENNER URIZAR, JOHN DOE AND
JANE DOE,**
                        **DEFENDANTS.**
_____/

### Complaint for Eviction

Pursuant to R.I. Gen. Laws 34-18-37(b), 34-18-38.2(e) and 34-18-56(c), Plaintiff, U.S.

Bank National Association, not in its individual capacity, but solely as legal title trustee for

BCAT 2016-18TT, brings this action for eviction of the Defendants, Henry M. Salazar, Alba

Aquino, Joel Cosme Tino, Marvin Lopez a/k/a Miguel Marvin Lopez, Yobani Urizar, Jenner

Urizar , John Doe and Jane Doe and as grounds therefore, alleges as follows:

### Parties

1.      Plaintiff, U.S. Bank National Association, not in its individual capacity, but solely

as legal title trustee for BCAT 2016-18TT, is a nationally chartered bank organized and existing

under the laws of the United States of America with a principal place of business c/o Selene

Finance LP, 9990 Richmond Avenue, Suite 400S, Houston, Texas 77042.

2.      Defendant, Henry M. Salazar, is an individual who currently resides at 84 Merino

Street, Unit 2, Providence, Rhode Island 02909, and is the former owner of said property.

1

3.　　　Defendants, Alba Aquino, Joel Cosme Tino, Marvin Lopez a/k/a Miguel Marvin Lopez, Yobani Urizar, Jenner Urizar, are individuals who currently reside at 84 Merino Street, Unit 2, Providence, Rhode Island 02909.

4.　　　Defendants, John Doe and Jane Doe, are unknown individuals who may currently reside at 84 Merino Street, Unit 2, Providence, Rhode Island 02909.

### Facts

5.　　　On August 8, 2017, Plaintiff became the owner of the property located at 84 Merino Street, Unit 2, Providence, Rhode Island 02909 (the Property) by virtue of the execution and delivery of a Statutory Form of Foreclosure Deed Under Power of Sale in Mortgage. Said Foreclosure Deed was subsequently recorded with the City of Providence Land Evidence Records on August 22, 2017, in Book 11807, Page 123. A true and accurate copy of said Foreclosure Deed is attached hereto as Exhibit 1.

6.　　　On December 28, 2017, Plaintiff served upon Defendants, Henry M. Salazar, John Doe and Jane Doe, a Notice of Termination of Tenancy pursuant to R.I. Gen. Laws 34-18-37 and 34-18-38.2(e), requiring said Defendants to vacate the Property and surrender possession thereof on February 1, 2018. A true and accurate copy of said Notice of Termination of Tenancy is attached hereto as Exhibit 2.

7.　　　On December 28, 2017, Plaintiff served upon Defendants, Alba Aquino, Joel Cosme Tino, Marvin Lopez a/k/a Miguel Marvin Lopez, Yobani Urizar, Jenner Urizar, John Doe and Jane Doe, a Notice of Termination of Tenancy pursuant to R.I. Gen. Laws 34-18-38.2(c)(1)(iii), 34-18-38.2(d)(3) and 34-18-56(c) requiring said Defendants to vacate the Property and surrender possession thereof on February 1, 2018. A true and accurate copy of said Notice of Termination of Tenancy is attached hereto as Exhibit 3.

2

8.     At all times material hereto, Defendants, Alba Aquino, Joel Cosme Tino, Marvin Lopez a/k/a Miguel Marvin Lopez, Yobani Urizar, Jenner Urizar, John Doe and Jane Doe, were the tenants of the Property.  Pursuant to R.I. Gen. Laws 34-18-38.2(c)(1)(iii), 34-18-38.2(d)(3) and 34-18-56(c), Plaintiff's termination of Defendant's tenancy is for their failure to renew their lease by their failure to return the completed occupancy application.

9.     As of the filing of this Complaint, Defendants have failed to vacate the Property and surrender possession thereof to Plaintiff.

### Prayer For Relief

WHEREFORE, Plaintiff prays for judgment against all Defendants as follows:

1. That judgment for possession of the Property be entered in favor of Plaintiff and against all Defendants;

2. That Plaintiff be award money damages for use and occupancy from August 8, 2017, to the date of final hearing on this matter;

3. That Plaintiff be awarded its costs of suit herein;

4. That Plaintiff be awarded its reasonable attorneys' fees and,

5. For such other and further relief that the Court deems just and proper.

Dated:  March 6, 2018

Respectfully submitted,
U.S. Bank National Association, not in its individual capacity, but solely as legal title trustee for BCAT 2016-18TT,
Plaintiff,
By its attorney,

/s/ Paul Manning, Esq/
Paul Manning, Esq., RI Bar # 7124
Korde & Associates, P.C.
900 Chelmsford Street, Suite 3102
Lowell, MA 01851-8100
(978) 256-1500
pmanning@kordeassoc.com

Date Complaint filed with the Clerk:     March 6, 2018

3

d in Providence/Bristol County Superior Court
omitted: 6/25/2018 3:48 PM
/elope: 1601317
/iewer: Alexa G.

# EXHIBIT J

# John B. Ennis

*Attorney at Law*

**1200 Reservoir Avenue**
Cranston, Rhode Island 02920

**Tel. (401) 943-9230**                                    Fax (401) 679-0035

November 21, 2017
Selene Finance
ATTN: Escalation Agent
9990 Richmond Avenue, Suite 400
South Houston, TX 77042-8500

Client: Henry M. Salazar
84 Merino Street, Providence, RI 02909
Account number 8025892

Dear Sir or Madam:

Please consider this letter to constitute a Notice of Error under 12 CFR Section 1024.35 of
Regulation X of the Mortgage Servicing Act under RESPA, which Regulation became effective
on January 10, 2014. These amendments implemented the Dodd-Frank Wall Street Reform and
Consumer Protection Act provisions regarding mortgage loan servicing. Under these
amendments, you must acknowledge receipt of this Notice within five (5) days thereof
(excluding legal public holidays, Saturdays and Sundays) and must advise me of your responses
to this notice within thirty (30) days of receipt thereof (excluding legal public holidays,
Saturdays and Sundays).

The written authority of the client to my law firm for this Request is attached hereto and
incorporated herein by this reference.

Under Section 1024.35(b) of Amended Regulation X, the term "error" means the following
categories of covered errors:

(1) Failure to accept a payment that conforms to the servicer's written requirements for the
borrower to follow in making payments.
(2) Failure to apply an accepted payment to principal, interest, escrow, or other charges under the
terms of the mortgage loan and applicable law.
(3) Failure to credit a payment to a borrower's mortgage loan account as of the date of receipt, in
violation of the prompt crediting provisions in 12 CFR 1026.36(c)(1).
(4) Failure to pay taxes, insurance premiums, or other charges, including charges that the
consumer has voluntarily agreed that the servicer should collect and pay, in a timely manner as
required by the escrow provisions of § 1024.34(a), or to refund an escrow account balance as
required by § 1024.34(b).
(5) Imposition of a fee or charge that the servicer lacks a reasonable basis to impose upon the
consumer, which includes, for example, a late fee for a payment that was not late, a charge you
imposed for a service that was not provided, a default property-management fee for consumers
who are not in a delinquency status that would justify the charge, or a charge for force-placed
insurance provisions.

(6) Failure to provide an accurate payoff balance amount upon a borrower's request pursuant to 12 CFR 1026.36(c)(3).

(7) Failure to provide accurate information to a borrower for loss mitigation options and foreclosure, as required by the early intervention provisions of § 1024.39.

(8) Failure to accurately and timely transfer information relating to the servicing of a borrower's mortgage loan account to a transferee servicer.

(9) Making the first notice or filing required by applicable law for any judicial or non-judicial foreclosure process in violation of the loss mitigation procedures of § 1024.41(f) or (j).

(10) Moving for foreclosure judgment or order of sale, or conduction a foreclosure sale in violation of the loss mitigation procedures of this rule § 1024.41(g) or (j).

(11) Any other error relating to the servicing of the consumer's mortgage loan. Please note "servicing" is defined in § 1024.2(b).

**The consumer believes that you have committed an error by seeking to exercise the statutory power of sale without having sent the consumer a Notice of Mediation. This mortgage loan was purportedly assigned from Bank of America to US Bank National Association as legal title trustee for BCAT2016-18TT by an assignment dated October 25, 2016, attached to this Notice of Error. On May 27, 2017, your default service provider, The Logs Group, through its attorney, Korde & Associates mailed the consumer a Notice of Sale. However you did not comply with R.I.G.L. 34-27-3.2 since neither you nor US Bank National Association as legal title trustee for BCAT2016-18TT sent the consumer a Notice of Mediation as required by this statute. The Mediation Statute requires that before an owner of the mortgage loan sends a Notice of Sale, it must first send the consumer a Notice of Mediation. This statute states in section (d)**

**(d) The mortgagee shall, prior to initiation of foreclosure of real estate pursuant to § 34-27-4(b), provide to the mortgagor written notice at the address of the real estate and, if different, at the address designated by the mortgagor by written notice to the mortgagee as the mortgagor's address for receipt of notices, that the mortgagee may not foreclose on the mortgaged property without first participating in a mediation conference. Notice addressed and delivered as provided in this section shall be effective with respect to the mortgagor and any heir or devisee of the mortgagor.**

**In the definition section mortgagee is defined as:**

**(8) "Mortgagee" means the holder of a mortgage, or its agent or employee, including a mortgage servicer acting on behalf of a mortgagee.**

**The purported mediation notice provided in the foreclosure referenced a Notice of Mediation sent by a previous mortgagee, Bank of America. However the mediation statute requires that before a mortgagee send a Notice of Sale, that the mortgagee sending the notice must provide the consumer the Mediation Notice.**

**Thus all foreclosure costs and expenses incurred to the mortgage loan account must be removed from the mortgage loan account and the foreclosure deed must be rescinded without any costs to the consumer's mortgage loan account.**

Please correct all of these errors and provide me with notification of the correction, the date of the correction, and contact information for further assistance; or after conducting a reasonable investigation and providing the borrower through my firm with a notification that includes a statement that the servicer has determined that no error occurred, a statement of the reason or

reasons for this determination, a statement of the borrower's right to request documents relied upon by the servicer in reaching its determination, information regarding how the borrower can request such documents, and contact information for further assistance.

Please be advised that for 60 days after receipt of a Notice of Error, you may not furnish adverse information to any consumer reporting agency regarding any payment that is the subject of the Notice of Error pursuant to § 1024.35(i).

Sincerely,

John B. Ennis, Esq.

Doc No: 00179405
Book:11807 Page: 128

## STATUTORY FORM OF FORECLOSURE DEED
## UNDER POWER OF SALE IN MORTGAGE

U.S. Bank National Association, not in its individual capacity, but solely as legal title trustee for BCAT 2016-18TT, with a place of business located at c/o Selene Finance LP, 9990 Richmond Avenue, Suite 400S, Houston, Texas 77042, holder of a mortgage by Henry M. Salazar dated May 29, 2007, and recorded in the Records of Land Evidence on May 30, 2007 in Providence, State of Rhode Island, in Land Evidence Book 8698, Page 4 by the power conferred by said mortgage and by every other power it thereunto enabling, for One Hundred Twenty-Eight Thousand Dollars and No Cents ($128,000.00) paid, grants to U.S. Bank National Association, not in its individual capacity, but solely as legal title trustee for BCAT 2016-18TT of the premises conveyed by said mortgage, described as follows:

That certain lot or parcel of land, with all the buildings and improvements thereon, situated on the westerly side of Merino Street, in the City of Providence, State of Rhode Island, laid out and designated as Lot No, 61 on that plat entitled, "Plat of the Alverson House Lots Belonging to Nelson D. Alverson By P. Phalen Aug. 1871", which plat is recorded in the office of the Recorder of Deeds of the City of Providence, a copy thereof being on Plat Card 825,

Said lot is bounded and described as follows; Beginning at a point in the westerly line of Merino Street, at the northeasterly corner of land now or lately of Frank J. Zito and wife and the southeasterly corner of the premises herein described and running thence westerly bounding southerly on said Zito land a distance of one hundred (100) feet to land now or lately of Joseph G. Burgess and wife, life tenants; thence turning and running northerly bounding westerly on said Burgess land a distance of fifty (50) feet to land now or lately of Vito DiAmbra and wife; thence turning and running easterly bounding northerly on said last named land a distance of one hundred (100) feet to Merino Street; thence turning and running southerly bounding easterly on said Merino Street a distance of fifty (50) feet to said Zito land and the point and place of beginning.

PROPERTY ADDRESS 84 MERINO STREET PROVIDENCE, RI
PLAT 112 LOT 23

Conveyance is made subject to local, state and federal taxes, assessments and charges, if any, which would constitute a prior lien thereon; and to restrictions, covenants and easements of record, if any.



Doc No: 00179405
Book=11807 Page= 129

This transfer of property is such that there are no net proceeds subject to the withholding provisions of R.I.G.L. 44-30-71.3 because there was no net gain or surplus proceeds derived from the foreclosure sale.

IN WITNESS WHEREOF U.S. Bank National Association, not in its individual capacity, but solely as legal title trustee for BCAT 2016-18TT by its Attorney in Fact, Selene Finance LP has caused this instrument to be executed by its duly authorized signor this ___ day of _____, 2017.

U.S. Bank National Association, not in its individual capacity, but solely as legal title trustee for BCAT 2016-18TT
By: Selene Finance LP
Its: Attorney in Fact

By: _____
Name: Evan Shafer
Title: Team Lead - Foreclosure

*See Power of Attorney recorded herewith.

STATE OF ___Florida___
COUNTY OF ___Duval___

In ___Duval___ County on the __August 8__, 2017, before me personally appeared ___Evan Shafer___ of Selene Finance LP, Attorney in Fact for U.S. Bank National Association, not in its individual capacity, but solely as legal title trustee for BCAT 2016-18TT to me known and known by me to be the party executing the foregoing instrument, and he/she acknowledges said instrument by him/her executed to be his/her free act and deed in his/her said capacity and the free act and deed of said U.S. Bank National Association, not in its individual capacity, but solely as legal title trustee for BCAT 2016-18TT.

Alton Horton
Commission # FF 152104
Expires: AUG 18, 2018
Bonded Thru
1ST FLORIDA NOTARY, LLC

Notary Public: __Alton Horton__
My commission expires: __9-9-2017__

Doc No: 00179405
Book:11807 Page: 130

## AFFIDAVIT OF SALE UNDER
## POWER OF SALE IN MORTGAGE

I, ___Anthony D'Addona___ (name), ___Foreclosure Manager___ (title) of Selene Finance LP as Attorney in Fact, for U.S. Bank National Association, not in its individual capacity, but solely as legal title trustee for BCAT 2016-18TT the Grantor named in the foregoing deed, make oath and say that the principal and interest obligations mentioned in the mortgage above-referred to were not paid or tendered or performed when due or prior to the date of sale, and that The Law Offices of Korde & Associates, P.C. caused to be published on June 28, 2017, July 5, 2017 and July 12, 2017 in the Providence Journal, a public newspaper published in Providence in accordance with the provisions of said mortgage, a notice of said sale of which the following is a true copy:

**MORTGAGEE'S SALE**
84 Merino Street,
Providence, RI 02909
The premises described in the mortgage will be sold subject to all encumbrances and prior liens on July 20, 2017 at 1:00PM on the premises, by virtue of the power of sale contained in a mortgage from Henry M. Salazar dated May 29, 2007 and recorded in Book 8698 at Page 4 in the Records of Land Evidence in the City of Providence, RI, the conditions of said mortgage having been broken.
$5,000.00 in cash, certified or bank check is required to bid. Other terms will be announced at the sale.
By order of the Mortgagee which gives notice of its intention to bid at such sale or any postponement or adjournment thereof.
KORDE & ASSOCIATES,
P.C.
Attorneys for the Holder
of the Mortgage
900 Chelmsford Street
Suite 3102
Lowell, MA 01851
(978) 256-1500
(6/28/2017, 7/5/2017,
7/12/2017) 17-028693

Assessors Plat 112, Lot 23

Property Address: 84 Merino Street, Providence, RI 02909

17-028693 / FC01

Doc No: 00179405
Book:11807 Page: 131

I the undersigned make oath and say that pursuant to R.I.G.L. 34-11-22 and 34-27-4, the Law Office of Korde & Associates, P.C. mailed, or caused to be mailed, on May 26, 2017 by certified mail, return receipt requested, written notice of the time and place of foreclosure sale to the record owner(s) as required by R.I.G.L. 34-11-22 and 34-27-4. A copy of said notice is made a part hereof as Addendum "A".

Pursuant to said notice, at the time and place therein appointed, U.S. Bank National Association, not in its individual capacity, but solely as legal title trustee for BCAT 2016-18TT sold the mortgaged premises at public auction by Richard C. Jumpp of The Jumpp Company an auctioneer duly licensed by the State of Rhode Island to U.S. Bank National Association, not in its individual capacity, but solely as legal title trustee for BCAT 2016-18TT of for One Hundred Twenty-Eight Thousand Dollars and No Cents ($128,000.00) by he/she/them paid, being the highest bid made for said premises at said auction.

To the best of my knowledge, information, and belief the record owner(s) of the property described in said mortgage Henry M. Salazar, was not "a person in the Military Service" of the United States of America, as defined by the Soldiers' and Sailors' Civil Relief Act of 1940 and the Servicemembers Civil Relief Act, as amended, and was not in the "Military Service" as defined by said Act at the time of the commencement of the within foreclosure proceedings or at the time of sale under the power given by said mortgage or at any time within the period of twelve months immediately preceding said sale.

I further make affidavit and say that the above facts have been ascertained after investigation duly made and that I am familiar with the contents of said Soldiers' and Sailors' Civil Relief Act of 1940 and the Servicemembers Civil Relief Act, as amended.

I further on oath say that pursuant to R.I.G.L. 34-27-4(c) and (d), the Law Office of Korde & Associates, P.C. mailed, or caused to be mailed, on May 26, 2017 by first class mail and by certified mail, return receipt requested, written notice as required by R.I.G.L. 34-27-4(c) and (d).

U.S. Bank National Association, not in its individual capacity, but solely as legal title trustee for BCAT 2016-18TT mailed, or caused to be mailed on April 4, 2016 by first class mail and certified mail, return receipt requested, written notice of the Mortgagors' right to a mediation conference as required by R.I.G.L. 34-27-3.2 in English, Spanish and Portuguese Languages.

U.S. Bank National Association, not in its individual capacity, but solely as legal title trustee for BCAT 2016-18TT
By: Selene Finance LP
Its: Attorney in Fact

By: _Anthony D'Addona_
Name: Anthony D'Addona
Title: Foreclosure Manager

*See Power of Attorney recorded herewith.

STATE OF Florida
COUNTY OF Duval

Subscribed and sworn to before me this _8_ day of _August_, 2017.

Notary Public: _Alton Horton_
My commission expires: 8-18-2018

Alton Horton
Commission # FF 152104
Expires: AUG 18, 2018
Bonded Thru
1ST FLORIDA NOTARY, LLC.

Assessors Plat 112, Lot 23

Property Address: 84 Merino Street, Providence, RI 02909

17-026693 / FC01

d in Providence/Bristol County Superior Court
omitted: 6/25/2018 3:48 PM
elope: 1601317
iewer: Alexa G.



# KORDE & ASSOCIATES, P.C.

## ATTORNEYS AT LAW

SERVING MASSACHUSETTS, NEW HAMPSHIRE, & RHODE ISLAND

Certified Article Number

9414 7266 9904 2093 4047 53

SENDERS RECORD

May 26, 2017

Henry M. Salazar
84 Merino Street
Providence, RI 02909

## Addendum A

VIA FIRST CLASS MAIL &
CERTIFIED MAIL RETURN RECEIPT
REQUESTED NO.

Please reference our File #:  17-028693/Salazar

RE:  Bank of America, N.A. dated May 29, 2007 and as recorded on May 30, 2007 at 3:05:20PM in
Book 8698 at Page 4 in the Records of Land Evidence in the City of Providence, RI
Property Address: 84 Merino Street, Providence, RI 02909

Dear Sir/Madam:

Please be advised that I have been instructed by the Holder of the Mortgage to commence a
foreclosure of the property at 84 Merino Street, Providence, RI 02909. The property will be sold at a
public auction on July 20, 2017 at 1:00PM on the premises of said 84 Merino Street, Providence, RI
02909.

A copy of the Notice of Sale, which is to be published in the Providence Journal on June 28,
2017, July 5, 2017 and July 12, 2017 concerning this foreclosure is attached hereto.

THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED
WILL BE USED FOR THAT PURPOSE. If, however, the debt secured by your mortgage has been
discharged in bankruptcy, no demand for payment of the loan is being made and this letter is solely
intended to advise you of the pending liquidation of the loan.

In the event that there is a deficiency resulting from said foreclosure, proceedings may be
instituted against you for the purpose of collecting said deficiency.

If you have any questions regarding this matter, please contact my office.

Very truly yours,

Shana L. Costa

SLC/ke

900 CHELMSFORD STREET, SUITE 3102, LOWELL, MASSACHUSETTS 01851
PHONE: 978-256-1500 / FAX: 978-256-7615
HOURS OF OPERATION: 8:30AM – 5:30PM, EST MONDAY THRU FRIDAY

Doc No: 00179405
Book: 11807  Page:  133



# KORDE & ASSOCIATES, P.C.

## ATTORNEYS AT LAW

SERVING MASSACHUSETTS, NEW HAMPSHIRE, & RHODE ISLAND

### NOTICE TO SERVICEMEMBERS

A servicemember on active duty or deployment or who has recently ceased such duty or deployment has certain rights under subsection 34-27-4(d) of the Rhode Island general laws set out below. To protect your rights if you are such a servicemember, you should give written notice to the servicer of the obligation or the attorney conducting the foreclosure, prior to the sale, that you are a servicemember on active duty or deployment or who has recently ceased such duty or deployment. This notice may be given on your behalf by your authorized representative. If you have any questions about this notice, you should consult with an attorney.

Excerpt from Rhode Island General Laws Section 34-27-4:

(d) Foreclosure sales affecting servicemembers.-
    (1) The following definitions shall apply to this subsection and to subsection (c):
        (i) "Servicemember" means a member of the Army, Navy, Air Force, Marine Corps, or Coast Guard and members of the National Guard or Reserves called to active duty.
        (ii) "Active duty" has the same meaning as the term is defined in 10 U.S.C. sections 12301 through 12304. In the case of a member of the National Guard, or Reserves "active duty" means and includes service under a call to active service authorized by the President or the Secretary of Defense for a period of time of more than thirty (30) consecutive days under 32 U.S.C. section 502(f), for the purposes of responding to a national emergency declared by the President and supported by federal funds.

    (2) This subsection applies only to an obligation on real and related personal property owned by a service member that:
        (i) Originated before the period of the servicemember's military service or in the case of a member of the National Guard or Reserves originated before being called into active duty and for which the servicemember is still obligated; and
        (ii) Is secured by a mortgage or other security in the nature of a mortgage.

    (3) Stay of right to foreclose by mortgagee. – Upon receipt of written notice from the mortgagor or mortgagor's authorized representative that the mortgagor is participating in active duty or deployment or that the notice as provided in subsection (c) was received within nine (9) months of completion of active duty or deployment, the mortgagee shall be barred from proceeding with the execution of sale of the property as defined in the notice until such nine (9) month period has lapsed or until the mortgagee obtains court approval in accordance with subdivision (d)(5) below.

    (4) Stay of proceedings and adjustment of obligation. – In the event a mortgagee proceeds with foreclosure of the property during, or within nine (9) months after a servicemember's period of

900 CHELMSFORD STREET, SUITE 3102, LOWELL, MASSACHUSETTS 01851
PHONE: 978-256-1500 / FAX: 978-256-7615
HOURS OF OPERATION: 8:30AM – 5:30PM, EST MONDAY THRU FRIDAY

Doc No: 00179405
Book: 11807 Page: 134

active duty or deployment notwithstanding receipt of notice contemplated by subdivision (d)(3) above, the servicemember or his or her authorized representative may file a petition against the mortgagee seeking a stay of such foreclosure, after a hearing on such petition, and on its own motion, the court may:

(i) Stay the proceedings for a period of time as justice and equity require; or
(ii) Adjust the obligation as permitted by federal law to preserve the interests of all parties.

(5) Sale or foreclosure.- A sale, foreclosure or seizure of property for a breach of an obligation of a servicemember who is entitled to the benefits under subsection (d) and who provided the mortgagee with written notice permitted under subdivision (d)(3) shall not be valid if made during, or within nine (9) months after, the period of the servicemember's military service except:

(i) Upon a court order granted before such sale, foreclosure or seizure after hearing on a petition filed by the mortgagee against such servicemember; or
(ii) If made pursuant to an agreement of all parties.

(6) Penalties.- A mortgagee who knowingly makes or causes to be made a sale, foreclosure or seizure of property that is prohibited by subsection (d)(3) shall be fined the sum of one thousand dollars ($1,000), or imprisoned for not more than one year, or both. The remedies and rights provided hereunder are in addition to and do not preclude any remedy for wrongful conversion otherwise available under law to the person claiming relief under this section, including consequential and punitive damages.

(7) Any petition hereunder shall be commenced by action filed in the superior court for the county in which the property subject to the mortgage or other security in the nature of a mortgage is situated. Any hearings on such petition shall be conducted on an expedited basis following such notice and/or discovery as the court deems proper.



Doc No: 00179405
Book:11807 ... Sep 135

# KORDE & ASSOCIATES, P.C.

## ATTORNEYS AT LAW

SERVING MASSACHUSETTS, NEW HAMPSHIRE, & RHODE ISLAND

**Certified Article Number**

9414 7266 9904 2093 4047 15

**SENDERS RECORD**

May 26, 2017

Henry M. Salazar
84 Merino Street 1st
Providence, RI 02909

VIA FIRST CLASS MAIL &
CERTIFIED MAIL RETURN RECEIPT
REQUESTED NO.

Please reference our File #: 17-028693/Salazar

RE:   Bank of America, N.A. dated May 29, 2007 and as recorded on May 30, 2007 at 3:05:20PM in
Book 8698 at Page 4 in the Records of Land Evidence in the City of Providence, RI
Property Address: 84 Merino Street, Providence, RI 02909

Dear Sir/Madam:

Please be advised that I have been instructed by the Holder of the Mortgage to commence a
foreclosure of the property at 84 Merino Street, Providence, RI 02909. The property will be sold at a
public auction on July 20, 2017 at 1:00PM on the premises of said 84 Merino Street, Providence, RI
02909.

A copy of the Notice of Sale, which is to be published in the Providence Journal on June 28,
2017, July 5, 2017 and July 12, 2017 concerning this foreclosure is attached hereto.

THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED
WILL BE USED FOR THAT PURPOSE. If, however, the debt secured by your mortgage has been
discharged in bankruptcy, no demand for payment of the loan is being made and this letter is solely
intended to advise you of the pending liquidation of the loan.

In the event that there is a deficiency resulting from said foreclosure, proceedings may be
instituted against you for the purpose of collecting said deficiency.

If you have any questions regarding this matter, please contact my office.

Very truly yours,

Shana L. Costa

SLC/ke

900 CHELMSFORD STREET, SUITE 3102, LOWELL, MASSACHUSETTS 01851
PHONE: 978-256-1500 / FAX: 978-256-7615
HOURS OF OPERATION: 8:30AM – 5:30PM, EST MONDAY THRU FRIDAY



Doc No: 00172405

# KORDE & ASSOCIATES, P.C. 36

## ATTORNEYS AT LAW

SERVING MASSACHUSETTS, NEW HAMPSHIRE, & RHODE ISLAND

### NOTICE TO SERVICEMEMBERS

A servicemember on active duty or deployment or who has recently ceased such duty or deployment has certain rights under subsection 34-27-4(d) of the Rhode Island general laws set out below. To protect your rights if you are such a servicemember, you should give written notice to the servicer of the obligation or the attorney conducting the foreclosure, prior to the sale, that you are a servicemember on active duty or deployment or who has recently ceased such duty or deployment. This notice may be given on your behalf by your authorized representative. If you have any questions about this notice, you should consult with an attorney.

Excerpt from Rhode Island General Laws Section 34-27-4:

(d) Foreclosure sales affecting servicemembers.-
    (1) The following definitions shall apply to this subsection and to subsection (c):
        (i) "Servicemember" means a member of the Army, Navy, Air Force, Marine Corps, or Coast Guard and members of the National Guard or Reserves called to active duty.
        (ii) "Active duty" has the same meaning as the term is defined in 10 U.S.C. sections 12301 through 12304. In the case of a member of the National Guard, or Reserves "active duty" means and includes service under a call to active service authorized by the President or the Secretary of Defense for a period of time of more than thirty (30) consecutive days under 32 U.S.C. section 502(f), for the purposes of responding to a national emergency declared by the President and supported by federal funds.

    (2) This subsection applies only to an obligation on real and related personal property owned by a service member that:
        (i) Originated before the period of the servicemember's military service or in the case of a member of the National Guard or Reserves originated before being called into active duty and for which the servicemember is still obligated; and
        (ii) Is secured by a mortgage or other security in the nature of a mortgage.

    (3) Stay of right to foreclose by mortgagee. – Upon receipt of written notice from the mortgagor or mortgagor's authorized representative that the mortgagor is participating in active duty or deployment or that the notice as provided in subsection (c) was received within nine (9) months of completion of active duty or deployment, the mortgagee shall be barred from proceeding with the execution of sale of the property as defined in the notice until such nine (9) month period has lapsed or until the mortgagee obtains court approval in accordance with subdivision (d)(5) below.

    (4) Stay of proceedings and adjustment of obligation. – In the event a mortgagee proceeds with foreclosure of the property during, or within nine (9) months after a servicemember's period of

active duty or deployment notwithstanding receipt of notice contemplated by subdivision (d)(3) above, the servicemember or his or her authorized representative may file a petition against the mortgagee seeking a stay of such foreclosure, after a hearing on such petition, and on its own motion, the court may:

      (i) Stay the proceedings for a period of time as justice and equity require; or

      (ii) Adjust the obligation as permitted by federal law to preserve the interests of all parties.

(5) Sale or foreclosure.- A sale, foreclosure or seizure of property for a breach of an obligation of a servicemember who is entitled to the benefits under subsection (d) and who provided the mortgagee with written notice permitted under subdivision (d)(3) shall not be valid if made during, or within nine (9) months after, the period of the servicemember's military service except:

      (i) Upon a court order granted before such sale, foreclosure or seizure after hearing on a petition filed by the mortgagee against such servicemember; or

      (ii) If made pursuant to an agreement of all parties.

(6) Penalties.- A mortgagee who knowingly makes or causes to be made a sale, foreclosure or seizure of property that is prohibited by subsection (d)(3) shall be fined the sum of one thousand dollars ($1,000), or imprisoned for not more than one year, or both. The remedies and rights provided hereunder are in addition to and do not preclude any remedy for wrongful conversion otherwise available under law to the person claiming relief under this section, including consequential and punitive damages.

(7) Any petition hereunder shall be commenced by action filed in the superior court for the county in which the property subject to the mortgage or other security in the nature of a mortgage is situated. Any hearings on such petition shall be conducted on an expedited basis following such notice and/or discovery as the court deems proper.

…d in Providence/Bristol County Superior Court
…mitted: 6/25/2018 3:48 PM
…velope: 1601317
…iewer: Alexa G.



# KORDE & ASSOCIATES, P.C.

## ATTORNEYS AT LAW

SERVING MASSACHUSETTS, NEW HAMPSHIRE, & RHODE ISLAND

May 26, 2017

Narragansett Bay Commission
One Service Road
Providence, RI 02905

**Certified Article Number**

9414 7266 9904 2093 4047 22

**SENDERS RECORD**

CERTIFIED MAIL RETURN RECEIPT
REQUESTED NO.

Please reference our File #: 17-028693/Salazar

RE:   Bank of America, N.A. dated May 29, 2007 and as recorded on May 30, 2007 3:05:20PM in
Book 8698 at Page 4 in the Records of Land Evidence in the City of Providence, RI
Property Address: 84 Merino Street, Providence, RI 02909

Dear Sir/Madam:

Please be advised that I have been instructed by the Holder of the Mortgage to commence a
foreclosure of the property at 84 Merino Street, Providence, RI 02909. The property will be sold at a
public auction on July 20, 2017 at 1:00PM on the premises of said 84 Merino Street, Providence, RI
02909.

A copy of the Notice of Sale, which is to be published in the Providence Journal on June 28,
2017, July 5, 2017 and July 12, 2017 concerning this foreclosure is attached hereto.

If you have any questions regarding this matter, please contact my office.

Very truly yours,

Shana L. Costa

SLC/ke

Doc No: 00179405
Book:11807   Page: 138

900 CHELMSFORD STREET, SUITE 3102, LOWELL, MASSACHUSETTS 01851
PHONE: 978-256-1500 / FAX: 978-256-7615
HOURS OF OPERATION: 8:30AM — 5:30PM, EST MONDAY THRU FRIDAY



# KORDE & ASSOCIATES, P.C.
## ATTORNEYS AT LAW

SERVING MASSACHUSETTS, NEW HAMPSHIRE, & RHODE ISLAND

Certified Article Number

9414 7266 9904 2093 4047 39

SENDERS RECORD

May 26, 2017

CERTIFIED MAIL RETURN RECEIPT
REQUESTED NO.

Rhode Island Housing
43 Jefferson Boulevard
Warwick, RI 02888

Please reference our File #:  17-028693/Salazar

### Notice of Intent to Foreclose

RE:   Bank of America, N.A. dated May 29, 2007 and as recorded on May 30, 2007 3:05:20PM in
      Book 8698 at Page 4 in the Records of Land Evidence in the City of Providence, RI
      Property Address: 84 Merino Street, Providence, RI 02909
      CERTIFICATE OF COMPLIANCE ISSUED: 6/14/2016

Dear Sir/Madam:

   Please be advised that I have been instructed by the Holder of the Mortgage to commence a
foreclosure of the property at 84 Merino Street, Providence, RI 02909. The property will be sold at a
public auction on July 20, 2017 at 1:00PM on the premises of said 84 Merino Street, Providence, RI
02909.

   A copy of the Notice of Sale, which is to be published in the Providence Journal on June 28,
2017, July 5, 2017 and July 12, 2017 concerning this foreclosure is attached hereto.

   If you have any questions regarding this matter, please contact my office.

Very truly yours,

Shana L. Costa

SLC/ke

Doc No: 00179405
Book:11807  Page:  139

900 CHELMSFORD STREET, SUITE 3102, LOWELL, MASSACHUSETTS 01851
PHONE: 978-256-1500 / FAX: 978-256-7615
HOURS OF OPERATION: 8:30AM – 5:30PM, EST MONDAY THRU FRIDAY



# KORDE & ASSOCIATES, P.C.
## ATTORNEYS AT LAW

SERVING MASSACHUSETTS, NEW HAMPSHIRE, & RHODE ISLAND

**Certified Article Number**

9414 7266 9904 2043 4047 46

**SENDERS RECORD**

May 26, 2017

City of Providence
25 Dorrance Street
Providence, RI 02903

CERTIFIED MAIL RETURN RECEIPT
REQUESTED NO.

Please reference our File #: 17-028693/Salazar

RE:   Bank of America, N.A. dated May 29, 2007 and as recorded on May 30, 2007 3:05:20PM in
      Book 8698 at Page 4 in the Records of Land Evidence in the City of Providence, RI
      Property Address: 84 Merino Street, Providence, RI 02909
      CERTIFICATE OF COMPLIANCE ISSUED: 6/14/2016

Dear Sir/Madam:

    Please be advised that I have been instructed by the Holder of the Mortgage to commence a
foreclosure of the property at 84 Merino Street, Providence, RI 02909. The property will be sold at a
public auction on July 20, 2017 at 1:00PM on the premises of said 84 Merino Street, Providence, RI
02909.

    A copy of the Notice of Sale, which is to be published in the Providence Journal on June 28,
2017, July 5, 2017 and July 12, 2017 concerning this foreclosure is attached hereto.

    If you have any questions regarding this matter, please contact my office.

Very truly yours,

Shana L. Costa

SLC/ke

Doc No: 00179405
Book: 11807  Page:  140

900 CHELMSFORD STREET, SUITE 3102, LOWELL, MASSACHUSETTS 01851
PHONE: 978-256-1500 / FAX: 978-256-7615
HOURS OF OPERATION: 8:30AM – 5:30PM, EST MONDAY THRU FRIDAY

OK

## MORTGAGEE'S SALE
84 Merino Street, Providence, RI 02909

The premises described in the mortgage will be sold subject to all encumbrances and prior liens on July 20, 2017 at 1:00PM on the premises, by virtue of the power of sale contained in a mortgage from Henry M. Salazar dated May 29, 2007 and recorded in Book 8698 at Page 4 in the Records of Land Evidence in the City of Providence, RI, the conditions of said mortgage having been broken.

$5,000.00 in cash, certified or bank check is required to bid. Other terms will be announced at the sale.

By order of the Mortgagee which gives notice of its intention to bid at such sale or any postponement or adjournment thereof.

KORDE & ASSOCIATES, P.C.
Attorneys for the Holder of the Mortgage
900 Chelmsford Street
Suite 3102
Lowell, MA 01851
(978) 256-1500

(6/28/2017, 7/5/2017, 7/12/2017)

17-028693

Doc No: 00179405
Book:11807 Page: 141

# AFFIDAVIT

**Property Address: 84 Merino Street**
**Providence, Rhode Island**

Doc No: 00179405
Book:11807  Page:  142

**Mortgage:  Henry M. Salazar** to **Bank of America, N.A.,** dated May 30, 2007 and recorded with the City of Providence Land Evidence Records in Book 8698, Page 4.

**Foreclosing Mortgagee:** U.S. Bank National Association, not in its individual capacity, but solely as legal title trustee for BCAT 2016-18TT

The undersigned, Susan W. Cody, Esq., having personal knowledge of the facts herein stated, under oath deposes and says as follows:

1. I am an attorney at law duly licensed in the State of Rhode Island and am an attorney of the Law Firm known as Korde & Associates, P.C. (the " Firm") and as such have access to all of the records of the Firm.  I have personally reviewed the file and records of the Firm in connection with the Mortgage and its related foreclosure.

2. The Firm was retained by Selene Finance LP as servicer for U.S. Bank National Association, not in its individual capacity, but solely as legal title trustee for BCAT 2016-18TT to conduct a mortgage foreclosure relative to the Mortgage and in connection thereto the Firm prepared and mailed by first class mail and by certified mail return receipt requested notices of default to the Borrower, Henry M. Salazar on April 14, 2017.

3. All notices, requirements and conditions precedent were made and or satisfied in strict compliance with the terms of the mortgage.

Signed under the pains and penalties of perjury this ___25th___ day of ___July___, 20.17

Susan W. Cody, Esq.

COMMONWEALTH OF MASSACHUSETTS

COUNTY OF MIDDLESEX

Sworn to (or affirmed) and subscribed before me this ___25th___ day of ___July___, 20 7, By Susan W. Cody, Esq.

Notary Public:
My commission expires:

ELLEN M. FITZPATRICK
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
June 8, 2018

[X] Personally Known

[ ] Produced Identification Type of Identification Produced:

Doc No: 00179405
Book:11807 Page: 143

## AFFIDAVIT OF COMPLIANCE WITH R.I. GEN. LAWS § 34-27-3.2 (m)

STATE OF ~~Texas~~     Florida

                     ss: ~~Houston~~

COUNTY OF ~~Harris~~     Duval          Jacksonville

Personally appeared, who being duly sworn, affirms under oath that:

1. My name is _____ Evan Shafer _____ and I am __ Team Lead – (Foreclosure__(title) of Selene Finance LP, named in the foregoing deed. I am authorized to execute this Affidavit on behalf of U.S. Bank National Association, not in its individual capacity, but solely as legal title trustee for BCAT 2016-18TT, and the statements made in this Affidavit are made upon my personal knowledge based on a review of the business records of Selene Finance LP. I am over the age of 18, and I am fully competent to testify to the matters contained herein.

2. U.S. Bank National Association, not in its individual capacity, but solely as legal title trustee for BCAT 2016-18TT is the holder of a mortgage by Henry M. Salazar dated May 29, 2007, and recorded in the Records of Land Evidence on May 30, 2007 in Providence, State of Rhode Island, in Land Evidence Book 8698, Page 4 ("Mortgage").

3. In my capacity as stated above, I have access to Selene Finance LP's business records, including the business records for and relating to the Mortgage. I make this Affidavit based upon my review of those records relating to the Mortgage and from my own personal knowledge of how they are kept and maintained. The records for the Mortgage are maintained by Selene Finance LP in the course of its regularly conducted business activities and are made at or near the time of the event, by or from information transmitted by a person with knowledge. It is the regular practice of Selene Finance LP to keep such records in the ordinary course of a regularly conducted business activity.

4. I reviewed and relied upon Selene Finance LP's business records for the statements made in this Affidavit.

5. U.S. Bank National Association, not in its individual capacity, but solely as legal title trustee for BCAT 2016-18TT mailed, or caused to be mailed on April 4, 2016 by first class mail and certified mail, return receipt requested, written notice of the Mortgagors' right to a mediation conference as required by R.I. G.L. 34-27-3.2 in English, Spanish and Portuguese Languages. Selene Finance LP designated an authorized representative to participate in the Mediation Conference on its behalf. Said representative had authority to agree to a workout agreement on behalf of U.S. Bank National Association, not in its individual capacity, but solely as legal title trustee for BCAT 2016-18TT. Selene Finance LP made reasonable efforts to respond timely to requests for information from the Mediation Coordinator, Mortgagor, and/or counselor assisting the Mortgagor. Following notice of the mortgagors' right to a mediation conference, the following occurred **[check the applicable outcome as indicated on the Mediation Coordinator's Certificate]:**

☒ The Mediation Coordinator determined that after two attempts by the Mediation Coordinator to contact the Mortgagor and Owner, the Mortgagor failed to respond to the requests to appear for the Mediation Conference or otherwise participate in the Mediation Conference.

☐ The Mediation Coordinator determined that the Mortgagor and Owner failed to comply with the requirements of R.I. Gen. Laws § 34-27-3.2.

☐ The parties were unable to reach an agreement to renegotiate the loan in order to avoid a foreclosure through the Mediation Conference, despite the Mortgagee's good faith efforts, as determined by the Mediation Coordinator.

Assessors Plat 112, Lot 23 .

Property Address: 84 Merino Street, Providence, RI 02909

17-026693 / FC01

Doc No: 00179405
Book:11807 Page: 144

6. The Mediation Coordinator issued a Certificate Authorizing Foreclosure, confirming that all the criteria in R.I. G.L. § 34-27-3.2(h) have been met and the Notice of Mediation Conference was properly served upon the Mortgagor and Owner of the Residential Real Estate.

FURTHER AFFIANT SAYETH NOT.

U.S. Bank National Association, not in its
individual capacity, but solely as legal title trustee
for BCAT 2016-18TT by its Attorney in Fact,
Selene Finance LP

By: _____
Name: Evan Shafer
Title: Team Lead - Foreclosure

*See Power of Attorney recorded herewith.

State of Florida
County of Duval

Subscribed and sworn to before me this 6 day of August, 2017.

_____
Notary Public: Alton Horton
My commission expires: 8-18-2018

Alton Horton
Commission # FF 152104
Expires: AUG 18, 2018
BONDED THRU
1ST FLORIDA NOTARY, LLC

Assessors Plat 112, Lot 23

Property Address: 84 Merino Street, Providence, RI 02909

17-028693 / FC01

Doc No: 00179405
Book:11807 Page: 145

## APPENDIX C
### CERTIFICATE OF COMPLIANCE WITH MEDIATION REQUIREMENT
### PURSUANT TO R.I. GEN. LAWS § 34-27-3.2

I, William Martinelli, of Rhode Island Housing, certify as follows:

1. Bank Of America, N.A is the holder of the mortgage given by Henry M Salazar, located at 84 Merino Street, Providence, RI 02909 (the "Mortgage").

2. Henry M Salazar was properly served with the Notice of Mediation Conference pursuant to R.I. Gen. Laws § 34-27-3.2.

3. Rhode Island Housing served as the Mediation Coordinator defined in R.I. Gen. Laws § 34-27-3.2 and Department of Business Regulation Banking Regulation 5 regarding the Mortgagee's potential foreclosure proceedings.

4. Bank Of America, N.A has paid all fees and penalties required under R.I. Gen. Laws § 34-27-3.2 subsections (d)(1) and (f).

5. For the reasons set forth below, the Mortgagee is authorized to proceed with the foreclosure action, including recording of the foreclosure deed [check one box below]:

   ☑ After two attempts by the Agency to contact the Mortgagor, the Mortgagor failed to respond to the request of the Agency to appear for the Mediation Conference or otherwise participate in the Mediation Conference.

   ☐ The Mortgagor failed to comply with the requirements of R.I. Gen. Laws § 34-27-3.2.

   ☐ The parties been unable to reach an agreement to renegotiate the loan in order to avoid a foreclosure through the Mediation Conference, despite the Mortgagee's good faith efforts as noted on Attachment 1.

6. I am authorized by the Agency to issue this Certificate.

William Martinelli
Mediation Coordinator
June 14, 2016

8025892

## ATTACHMENT I

### Good Faith Determination

The Mortgagee, or its authorized representative, has made a good faith effort to reach agreement with the Mortgagor to renegotiate the terms of the Mortgage in an effort to avoid foreclosure. The Mortgagee's good faith is evidenced by the following factors [check all applicable boxes]:

☑ Mortgagee provided the Notice of Mediation Conference to the Mortgagor as required by R.I. Gen. Laws § 34-27-3.2.

☐ Mortgagee designated an agent authorized to participate in the Mediation Conference on its behalf, and with authority to agree to a Workout Agreement on behalf of Mortgagee.

☐ Mortgagee made reasonable efforts to respond in a timely manner to requests for information from the Mediation Coordinator, Mortgagor, or counselor assisting the Mortgagor.

☐ Mortgagee analyzed and responded to the Workout Agreement submitted by the Mortgagor and/or Mediation Coordinator within fourteen days of the Workout Agreement.

☐ If the Mortgagee declines to accept the Mortgagor's Workout Agreement, the Mortgagee provided written, detailed statement of its reasons for rejecting the proposal within fourteen (14) days.

☐ If the Mortgagee declines to accept the Mortgagor's Workout Agreement, the Mortgagee offered, in writing within fourteen (14) days, to enter into an alternative work-out/disposition resolution proposal that would result in a material net financial benefit to the Mortgagor as compared to the terms of the Mortgage.

☐ Other facts demonstrating Mortgagee's good-faith [please specify]:

_____

_____

_____

_____

Doc No: 00179405
Book:11807  Page: 147

## AFFIDAVIT

**Property Address: 84 Merino Street**
**Providence, Rhode Island**

**Mortgage:** Henry M. Salazar to **Bank of America, N.A.**, dated May 30, 2007 and recorded with the City of Providence Land Evidence Records in Book 8698, Page 4.

**Foreclosing Mortgagee:** U.S. Bank National Association, not in its individual capacity, but solely as legal title trustee for BCAT 2016-18TT

The undersigned, Susan W. Cody, Esq., having personal knowledge of the facts herein stated, under oath deposes and says as follows:

1. I am an attorney at law duly licensed in the State of Rhode Island and am an attorney of the Law Firm known as Korde & Associates, P.C. (the " Firm") and as such have access to all of the records of the Firm. I have personally reviewed the file and records of the Firm in connection with the Mortgage and its related foreclosure.

2. The Firm was retained by Selene Finance LP as servicer for U.S. Bank National Association, not in its individual capacity, but solely as legal title trustee for BCAT 2016-18TT to conduct a mortgage foreclosure relative to the Mortgage and in connection thereto the Firm prepared and mailed by first class mail and by certified mail return receipt requested notices of default to the Borrower, Henry M. Salazar on April 14, 2017.

3. All notices, requirements and conditions precedent were satisfied in strict compliance with the terms of the mortgage.

Signed under the pains and penalties of perjury this 11th day of august, 2017.

Susan W. Cody, Esq.

COMMONWEALTH OF MASSACHUSETTS

COUNTY OF MIDDLESEX

Sworn to (or affirmed) and subscribed before me this 11th day of august, 2017, By Susan W. Cody, Esq.

Notary Public:
My commission expires:

ELLEN M. FITZPATRICK
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
June 8, 2018

[X] Personally Known

[ ] Produced Identification Type of Identification Produced:

RECEIVED:

Providence
Received for Record
Aug 22,2017 at 10:21A
Document Num: 00179405
John A Murphy
Recorder of Deeds

:d in Providence/Bristol County Superior Court
ɔmitted: 6/25/2018 3:48 PM
ʌelope: 1601317
ʌiewer: Alexa G.

# EXHIBIT K

Form 1099-C ☐ CORRECTED (if checked)   (keep for your records)

| CREDITOR'S name, address, ZIP/postal code, country & phone no. | 1 Date of identifiable event | OMB No. 1545-1424 | |
|---|---|---|---|
| SELENE FINANCE LP<br>P.O. BOX 422039<br>HOUSTON, TX 77242-4239<br>877-735-3637 | 20170720 | **2017** | Cancellation of Debt |
| | 2 Amount of debt discharged<br>$ 148147.56 | | |
| | 3 Interest if included in box 2<br>$ | Form **1099-C** | Department of the Treasury — IRS |

| CREDITOR'S federal identification no. | DEBTOR'S identification number | 4 Debt description | Copy B For Debtor |
|---|---|---|---|
| DEBTOR'S name, address, ZIP/postal code & country<br>HENRY SALAZAR<br>1200 RESERVOIR AVE JOHN B ENNIS<br>CRANSTON, RI 029205216 | | 84 MERINO ST<br>PROVIDENCE RI 02909 | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported. |
| | | 5 If checked, the debtor was personally liable for repayment of the debt. . . . . . . . . . . . . . ▶ ☒ | |

| Account number (see instructions) | 6 Identifiable event code<br>D | 7 Fair market value of property<br>$ 155000.00 | |
|---|---|---|---|

---

Form **1099-C** ☐ CORRECTED (if checked)   (keep for your records)

| CREDITOR'S name, address, ZIP/postal code & phone no. | 1 Date of identifiable event | OMB No. 1545-1424 | |
|---|---|---|---|
| SELENE FINANCE LP<br>P.O. BOX 422039<br>HOUSTON, TX 77242-4239<br>877-735-3637 | 20170720 | **2017** | Cancellation of Debt |
| | 2 Amount of debt discharged<br>$ 148147.56 | | |
| | 3 Interest if included in box 2<br>$ | Form **1099-C** | Department of the Treasury — IRS |

| CREDITOR'S federal identification no. | DEBTOR'S identification number | 4 Debt description | Copy B Duplicate |
|---|---|---|---|
| DEBTOR'S name, address, ZIP/postal code & country<br>HENRY SALAZAR<br>1200 RESERVOIR AVE JOHN B ENNIS<br>CRANSTON, RI 029205216 | | 84 MERINO ST<br>PROVIDENCE RI 02909 | |
| | | 5 If checked, the debtor was personally liable for repayment of the debt. . . . . . . . . . . . . . ▶ ☒ | |

| Account number (see instructions) | 6 Identifiable event code<br>D | 7 Fair market value of property<br>$ 155000.00 | |
|---|---|---|---|

7  099CBBI     NTF 2581159

## Instructions for Debtor

You received this form because a Federal Government agency or an applicable financial entity (a creditor) has discharged (canceled or forgiven) a debt you owed, or because an identifiable event has occurred that either is or is deemed to be a discharge of a debt of $600 or more. If a creditor has discharged a debt you owed, you are required to include the discharged amount in your income, even if it is less than $600, on the "Other income" line of your Form 1040. However, you may not have to include all of the canceled debt in your income. There are exceptions and exclusions, such as bankruptcy and insolvency. See Pub. 4681, available at IRS.gov, for more details. If an identifiable event has occurred but the debt has not actually been discharged, then include any discharged debt in your income in the year that it is actually discharged, unless an exception or exclusion applies to you in that year.

**Debtor's taxpayer identification number.** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN). However, the creditor has reported your complete identification number to the IRS.

**Account number.** May show an account or other unique number the creditor assigned to distinguish your account.

**Box 1.** Shows the date the earliest identifiable event occurred or, at the creditor's discretion, the date of an actual discharge that occurred before an identifiable event. See the code in box 6.

**Box 2.** Shows the amount of debt either actually or deemed discharged. Note: If you don't agree with the amount, contact your creditor.

**Box 3.** Shows interest if included in the debt reported in box 2. See Pub. 4681 to see if you must include the interest in gross income.

**Box 4.** Shows a description of the debt. If box 7 is completed, box 4 also shows a description of the property.

**Box 5.** Shows whether you were personally liable for repayment of the debt when the debt was created or, if modified, at the time of the last modification. See Pub. 4681 for reporting instructions.

**Box 6.** Shows the reason your creditor has filed this form. The codes in this box are described in more detail in Pub. 4681. A—Bankruptcy; B—Other judicial debt relief; C—Statute of limitations or expiration of deficiency period; D—Foreclosure election; E—Debt relief from probate or similar proceeding; F—By agreement; G—Decision or policy to discontinue collection; or H—Other actual discharge before identifiable event.

**Box 7.** If, in the same calendar year, a foreclosure or abandonment of property occurred in connection with the cancellation of the debt, the fair market value (FMV) of the property will be shown, or you will receive a separate Form 1099-A. Generally, the gross foreclosure bid price is considered to be the FMV. For an abandonment or voluntary conveyance in lieu of foreclosure, the FMV is generally the appraised value of the property. You may have income or loss because of the acquisition or abandonment. See Pub. 4681 for information about foreclosures and abandonments. If the property was your main home, see Pub. 523 to figure any taxable gain or ordinary income.

**Future developments.** For the latest information about developments related to Form 1099-C and its instructions, such as legislation enacted after they were published, go to www.irs.gov/form1099c.

329038270

1099-C

:d in Providence/Bristol County Superior Court
:mitted: 6/25/2018 3:51 PM
/elope: 1601358
/iewer: Alexa G.

# EXHIBIT K-1



TAX $ 832.60
DATE 5-10-18
RECORDER

0 6 2 1 1 b

RHODE ISLAND
REAL ESTATE CONVEYANCE TAX

This instrument prepared by:

Topouzis & Associates, P.C.
595 Jefferson Blvd.
Warwick, RI 02886
File No. 2017071297

## SPECIAL WARRANTY DEED

U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS LEGAL TITLE TRUSTEE FOR BCAT 2016-18TT, ("Grantor") organized and existing under the laws of the United States of America, with an address of c/o Selene Finance LP, 9990 Richmond Ave., #400 S., Houston, TX 77042, for consideration of ONE HUNDRED EIGHTY THOUSAND SIX HUNDRED AND 00/100 DOLLARS ($180,600.00) paid, grant(s) to PEDRO TAVERAS, ("Grantee") with an address of 126 Reservoir Ave., Providence, RI 02907, WITH SPECIAL WARRANTY COVENANTS, the following described premises:

See Exhibit "A" attached hereto and made a part hereof

For title see deed recorded in Book 11807, Page 128.

Property Address: 84 Merino Street, Providence, RI 02909

Subject to taxes assessed as of December 31, 2017.

The grantor hereby covenants that it is not a resident corporation nor is it registered to do business in Rhode Island and therefore a R.I. 71.3 Remittance Form will be submitted to the Rhode Island Division of Taxation in order to obtain and record an Acknowledgement of Discharge of the withholding lien arising under R.I.G.L. § 44-30-71.3.

This sale is in the Grantor's ordinary course of business and does not constitute the sale or disposition of all or substantially all of this Grantor's Rhode Island corporate assets. The undersigned also certifies that if a power of attorney is being used for execution of this deed, power of attorney is still in full force and effect and has not been revoked or terminated.

Grantor hereby certifies that said property is in compliance with Rhode Island law pertaining to smoke and carbon monoxide detector certification.

For signatory authority see power of attorney recorded in the Providence Land Evidence Records in Book 11807, Page 123.

Doc No: 00178899
Book:12034 Page: 108

Doc No: 00198899
Book:12034 Page: 109

WITNESS my/our hand(s) and seal(s) this __26__ day of April, 2018.

U.S. Bank National Association, not in its
individual capacity, but solely as legal title
trustee for BCAT 2016-18TT, by Selene
Finance LP, its Attorney-in-Fact

BY: _____
Ryan Steward    its    Assistant Vice President

STATE OF TEXAS
COUNTY OF HARRIS

On this __26__ day of April, 2018, before me, the undersigned notary public, personally
appeared the within-named _____Ryan Steward_____ to me known and known by me to be
a/an/the ____Assistant Vice President____ of Selene Finance LP as attorney in fact for U.S. BANK
NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS LEGAL
TITLE TRUSTEE FOR BCAT 2016-18TT, to me known and known by me to be the party
executing the foregoing instrument and he/she acknowledged said instrument, by him/her
executed, to be his/her free act and deed and the free act and deed of Selene Finance LP in its
aforesaid capacity as attorney in fact and the free act and deed of U.S. BANK NATIONAL
ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS LEGAL TITLE
TRUSTEE FOR BCAT 2016-18TT and as to the veracity of the facts and statements herein
subscribed and sworn to.

_____
Notary Public



CARMEN A FIGUEROA
Notary ID #12974189S
My Commission Expires
March 10, 2022

Grantee's Address
126 Reservoir Ave
Providence, RI 02907

# EXHIBIT "A"

File No. 2017071297

That certain lot or parcel of land, with all the buildings and improvements thereon, situated on the westerly side of Merino Street, in the City of Providence, State of Rhode Island, laid out and designated as Lot No, 61 on that plat entitled, "Plat of the Alverson House Lots Belonging to Nelson D. Alverson By P. Phalen Aug. 1871", which plat is recorded in the office of the Recorder of Deeds of the City of Providence, a copy thereof being on Plat Card 825.

Said lot is bounded and described as follows; Beginning at a point in the westerly line of Merino Street, at the northeasterly corner of land now or lately of Frank J. Zito and wife and the southeasterly corner of the premises herein described and running thence westerly bounding southerly on said Zito land a distance of one hundred (100) feet to land now or lately of Joseph G. Burgess and wife, life tenants; thence turning and running northerly bounding westerly on said Burgess land a distance of fifty (50) feet to land now or lately of Vito DiAmbra and wife; thence turning and running easterly bounding northerly on said last named land a distance of one hundred (100) feet to Merino Street; thence turning and running southerly bounding easterly on said Merino Street a distance of fifty (50) feet to said Zito land and the point and place of beginning.

Doc No: 00198899
Book:12034 Page: 110

RECEIVED:

Providence
Received for Record
May 10,2018 at 11:12A
Document Num: 00198899
John A Murphy
Recorder of Deeds

**Property Address:**

**84 Merino Street**
**Providence, RI 02909**
**112/ / 23**

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

## SUPERIOR COURT

| | |
|---|---|
| **Plaintiff**<br>Henry Salazar<br>v.<br>**Defendant**<br>Selene Finance, Lp | **Civil Action File Number**<br>PC-2018-4561 |

### PROOF OF SERVICE

I hereby certify that on the date below I served a copy of this Summons, complaint, Language Assistance Notice, and all other required documents received herewith upon the Defendant, Selene Finance, LP, by delivering or leaving said papers in the following manner:

☐ With the Defendant personally.

☐ At the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person of suitable age and discretion _____

Address of dwelling house or usual place of abode _____

Age _____

Relationship to the Defendant _____

☐ With an agent authorized by appointment or by law to receive service of process.

Name of authorized agent _____

If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.

_____

☐ With a guardian or conservator of the Defendant.

Name of person and designation _____

☐ By delivering said papers to the attorney general or an assistant attorney general if serving the state.

☐ Upon a public corporation, body, or authority by delivering said papers to any officer, director, or manager.

Name of person and designation _____

Page 1 of 2

SC-CMS-1 (revised July 2014)

Upon a private corporation, domestic or foreign:

☐ By delivering said papers to an officer or a managing or general agent.

  Name of person and designation _____

☐ By leaving said papers at the office of the corporation with a person employed therein.

  Name of person and designation _____

☐ By delivering said papers to an agent authorized by appointment or by law to receive service of process.

  Name of authorized agent _____

  If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.

  _____

☐ I was unable to make service after the following reasonable attempts:

_____

SERVICE DATE: ____/____/____          SERVICE FEE $ _____

Month    Day    Year

Signature of SHERIFF or DEPUTY SHERIFF or CONSTABLE

SIGNATURE OF PERSON OTHER THAN A SHERIFF or DEPUTY SHERIFF or CONSTABLE MUST BE NOTARIZED.

_____

 Signature

State of _____

County of _____

   On this _____ day of _____, 20____, before me, the undersigned notary public, personally appeared _____ ☐ personally known to the notary or ☐ proved to the notary through satisfactory evidence of identification, which was _____, to be the person who signed above in my presence, and who swore or affirmed to the notary that the contents of the document are truthful to the best of his or her knowledge.

Notary Public: _____

My commission expires: _____

Notary identification number: _____

Page 2 of 2



SC-CMS-1 (revised July 2014)

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

# SUPERIOR COURT

## SUMMONS

| | |
|---|---|
| | **Civil Action File Number**<br>PC-2018-4561 |
| **Plaintiff**<br>Henry Salazar<br><br>v.<br><br>**Defendant**<br>Selene Finance, Lp | **Attorney for the Plaintiff or the Plaintiff**<br>John B Ennis |
| | **Address of the Plaintiff's Attorney or the Plaintiff**<br>1200 RESERVOIR AVENUE<br>CRANSTON RI 02920 |
| Licht Judicial Complex<br>Providence/Bristol County<br>250 Benefit Street<br>Providence RI 02903<br>(401) 222-3250 | **Address of the Defendant**<br>452 Walnut Street<br>Cincinati OH 45202 |

**TO THE DEFENDANT, US Bank, National Association as Trustee for Legal Title Trust BCAT 2016-18TT:**

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon the Plaintiff's attorney, whose address is listed above, an answer to the complaint which is herewith served upon you within twenty (20) days after service of this Summons upon you, exclusive of the day of service.

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) of the Superior Court Rules of Civil Procedure, unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation, or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

| | |
|---|---|
| This Summons was generated on 6/25/2018. | /s/ Henry Kinch<br>Clerk |

Witness the seal/watermark of the Superior Court

SC-CMS-1 (revised July 2014)

## SUPERIOR COURT

| **Plaintiff**<br>Henry Salazar<br>v.<br>**Defendant**<br>Selene Finance, Lp | **Civil Action File Number**<br>PC-2018-4561 |
|---|---|

### PROOF OF SERVICE

I hereby certify that on the date below I served a copy of this Summons, complaint, Language Assistance Notice, and all other required documents received herewith upon the Defendant, US Bank, National Association as Trustee for Legal Title Trust BCAT 2016-18TT, by delivering or leaving said papers in the following manner:

☐ With the Defendant personally.

☐ At the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person of suitable age and discretion _____
Address of dwelling house or usual place of abode _____
_____

Age _____
Relationship to the Defendant _____

☐ With an agent authorized by appointment or by law to receive service of process.
Name of authorized agent _____
If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.

_____

☐ With a guardian or conservator of the Defendant.
Name of person and designation _____

☐ By delivering said papers to the attorney general or an assistant attorney general if serving the state.

☐ Upon a public corporation, body, or authority by delivering said papers to any officer, director, or manager.
Name of person and designation _____

Page 1 of 2

SC-CMS-1 (revised July 2014)

Upon a private corporation, domestic or foreign:

☐ By delivering said papers to an officer or a managing or general agent.
Name  of person and designation _____

☐ By leaving said papers at the office of the corporation with a person employed therein.
Name  of person and designation _____

☐ By delivering said papers to an agent authorized by appointment or by law to receive service of process.
Name of authorized agent _____

If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.

_____

☐ I was unable to make service after the following reasonable attempts: _____

_____

| SERVICE DATE: ___ / ___ / ___ | SERVICE FEE $ _____ |
|---|---|
| Month    Day    Year | |

Signature of SHERIFF or DEPUTY SHERIFF or CONSTABLE

SIGNATURE OF PERSON OTHER THAN A SHERIFF or DEPUTY SHERIFF or CONSTABLE MUST BE NOTARIZED.

_____

Signature

State of _____

County of _____

On this _____ day of _____, 20____, before me, the undersigned notary public, personally appeared _____ ☐ personally known to the notary or ☐ proved to the notary through satisfactory evidence of identification, which was _____, to be the person who signed above in my presence, and who swore or affirmed to the notary that the contents of the document are truthful to the best of his or her knowledge.

Notary Public: _____

My commission expires: _____

Notary identification number: _____

SC-CMS-1 (revised July 2014)



STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

# SUPERIOR COURT

## SUMMONS

| | |
|---|---|
| | **Civil Action File Number**<br>PC-2018-4561 |
| **Plaintiff**<br>Henry Salazar<br>v.<br>**Defendant**<br>Selene Finance, Lp | **Attorney for the Plaintiff or the Plaintiff**<br>John B Ennis |
| | **Address of the Plaintiff's Attorney or the Plaintiff**<br>1200 RESERVOIR AVENUE<br>CRANSTON RI 02920 |
| Licht Judicial Complex<br>Providence/Bristol County<br>250 Benefit Street<br>Providence RI 02903<br>(401) 222-3250 | **Address of the Defendant**<br>126 Reservoir Avenue<br>Providence RI 02907 |

**TO THE DEFENDANT, Pedro Taveras:**

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon the Plaintiff's attorney, whose address is listed above, an answer to the complaint which is herewith served upon you within twenty (20) days after service of this Summons upon you, exclusive of the day of service.

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) of the Superior Court Rules of Civil Procedure, unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation, or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

| | |
|---|---|
| This Summons was generated on 6/25/2018. | /s/ Henry Kinch<br>Clerk |

Witness the seal/watermark of the Superior Court

SC-CMS-1 (revised July 2014)

## SUPERIOR COURT

| | |
|---|---|
| **Plaintiff**<br>Henry Salazar<br>v.<br>**Defendant**<br>Selene Finance, Lp | **Civil Action File Number**<br>PC-2018-4561 |

### PROOF OF SERVICE

I hereby certify that on the date below I served a copy of this Summons, complaint, Language Assistance Notice, and all other required documents received herewith upon the Defendant, Pedro Taveras, by delivering or leaving said papers in the following manner:

☐ With the Defendant personally.

☐ At the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person of suitable age and discretion _____

Address of dwelling house or usual place of abode _____

Age _____

Relationship to the Defendant _____

☐ With an agent authorized by appointment or by law to receive service of process.

Name of authorized agent _____

If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.

_____

☐ With a guardian or conservator of the Defendant.

Name of person and designation _____

☐ By delivering said papers to the attorney general or an assistant attorney general if serving the state.

☐ Upon a public corporation, body, or authority by delivering said papers to any officer, director, or manager.

Name of person and designation _____

Page 1 of 2

SC-CMS-1 (revised July 2014)

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

# SUPERIOR COURT

Upon a private corporation, domestic or foreign:

☐ By delivering said papers to an officer or a managing or general agent.

Name of person and designation _____

☐ By leaving said papers at the office of the corporation with a person employed therein.

Name of person and designation _____

☐ By delivering said papers to an agent authorized by appointment or by law to receive service of process.

Name of authorized agent _____

If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.

☐ I was unable to make service after the following reasonable attempts: _____
_____

SERVICE DATE: ___ / ___ / ___        SERVICE FEE $ _____
            Month  Day  Year

Signature of SHERIFF or DEPUTY SHERIFF or CONSTABLE

SIGNATURE OF PERSON OTHER THAN A SHERIFF or DEPUTY SHERIFF or CONSTABLE MUST BE NOTARIZED.

_____

Signature

State of _____

County of _____

On this _____ day of _____, 20___, before me, the undersigned notary public, personally appeared _____ ☐ personally known to the notary or ☐ proved to the notary through satisfactory evidence of identification, which was _____, to be the person who signed above in my presence, and who swore or affirmed to the notary that the contents of the document are truthful to the best of his or her knowledge.

Notary Public: _____

My commission expires: _____

Notary identification number: _____

SC-CMS-1 (revised July 2014)





STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

☐ SUPREME COURT  ☑ SUPERIOR COURT  ☐ FAMILY COURT  ☐ DISTRICT COURT

☑ Providence/Bristol County or Sixth Division  ☐ Washington County or Fourth Division
☐ Kent County or Third Division ☐ Newport County or Second Division

| **Plaintiff** <br> Henry Salazar | **Civil Action File Number** <br> PC-2018-4561 |
|---|---|
| **Defendant** <br> Selene Finance, LP, et al. | |

## ENTRY OF APPEARANCE – CIVIL CASES

I hereby enter my appearance for the ☐ Plaintiff/Petitioner ☑ Defendant/Respondent
Selene Finance, LP and US Bank National Association as Legal Title Trustee for BCAT2016-18TT              .

/s/ Samuel C. Bodurtha                          7075
Attorney Name or Self-represented Litigant       Rhode Island Bar Number

Hinshaw & Culbertson, LLP, 321 South Main Street, Suite 301, Providence, RI 02903
Address

(401) 751-0842
Telephone Number                                 Cell Telephone Number

sbodurtha@hinshawlaw.com
Email Address

August 24, 2018
Date

## CERTIFICATE OF SERVICE

I hereby certify that, on the 24th day of August              , 20 18 :
☑ I filed and served this document through the electronic filing system on the following parties:
All counsel of record.                                                              .
The document electronically filed and served is available for viewing and/or downloading from the
Rhode Island Judiciary's Electronic Filing System.

☑ I served this document through the electronic filing system on the following parties:
All counsel of record.                                                              .
The document electronically served is available for viewing and/or downloading from the Rhode
Island Judiciary's Electronic Filing System.

☐ I mailed or ☐ hand-delivered this document to the attorney for the opposing party and/or the
opposing party if self-represented, whose name is _____
at the following address _____ .

/s/ Samuel C. Bodurtha
Name

CC-11 (revised October 2014)

STATE OF RHODE ISLAND AND  PROVIDENCE PLANTATIONS

☐ SUPREME COURT    ☑ SUPERIOR COURT    ☐ FAMILY COURT    ☐ DISTRICT COURT

☑ Providence/Bristol County or Sixth Division   ☐ Washington County or Fourth Division
☐ Kent County or Third Division ☐ Newport County or Second Division

| Plaintiff | Civil Action File Number |
|---|---|
| Henry Salazar | PC-2018-4561 |

| Defendant |
|---|
| Selene Finance, LP, et al. |

## ENTRY OF APPEARANCE – CIVIL CASES

I hereby enter my appearance for the ☐ Plaintiff/Petitioner ☑ Defendant/Respondent
Selene Financ, LP and US Bank National Association as Legal Title Trustee for BCAT 2016-18TT         .

/s/ Ethan Z. Tieger                          9308
**Attorney Name or Self-represented Litigant**    **Rhode Island Bar Number**

Hinshaw & Culbertson, LLP, 321 South Main Street, Suite 301, Providence, RI 02903
Address

(401) 751-0842
Telephone Number                              Cell Telephone Number

etieger@hinshawlaw.com
Email Address

August 24, 2018
Date

## CERTIFICATE OF SERVICE

I hereby certify that, on the 24th   day of August            , 20 18  :
☑ I filed and served this document through the electronic filing system on the following parties:
All counsel of record.                                                           .
The document electronically filed and served is available for viewing and/or downloading from the
Rhode Island Judiciary's Electronic Filing System.

☑ I served this document through the electronic filing system on the following parties:
All counsel of record.
The document electronically served is available for viewing and/or downloading from the Rhode
Island Judiciary's Electronic Filing System.

☐ I mailed or ☐ hand-delivered this document to the attorney for the opposing party and/or the
opposing party if self-represented, whose name is _____
at the following address _____.

/s/ Ethan Z. Tieger
                                        Name

CC-11 (revised October 2014)