UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| HENRY SALAZAR,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SELENE FINANCE, LP; U.S. BANK NATIONAL ASSOCIATION AS LEGAL TITLE TRUSTEE FOR BCAT 2016-18TT; and PEDRO TAVERAS,<br><br>　　　　Defendants. | C.A. No. 1:18-cv-00495-WES-PAS |

## DEFENDANTS SELENE FINANCE LP AND U.S. BANK, AS TRUSTEE'S MOTION TO DISMISS

Defendants, Selene Finance LP and U.S. Bank National Association, not in its individual capacity, but solely as Legal Title Trustee for BCAT 2016-18TT (collectively "Defendants") hereby move to dismiss Plaintiff, Henry Salazar's, Complaint pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted.

In support of this Motion, Defendants submit the accompanying Memorandum of Law.

WHEREFORE, Defendants, Selene Finance LP and U.S. Bank National Association, not in its individual capacity, but solely as Legal Title Trustee for BCAT 2016-18TT, respectfully request that this Court dismiss the Plaintiff, Henry Salazar's Complaint, with prejudice and enter judgment in their favor.

Respectfully submitted,

SELENE FINANCE LP; AND U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS LEGAL TITLE TRUSTEE FOR BCAT 2016-18TT,

By Their Attorneys,

*/s/ Samuel C. Bodurtha*
Samuel C. Bodurtha, Bar No. 7075
HINSHAW & CULBERTSON LLP
321 South Main Street, Suite 301
Providence, RI 02903
Telephone: (401) 751-0842
Facsimile: (401) 751-0072
sbodurtha@hinshawlaw.com

Dated:   October 10, 2019

## CERTIFICATE OF SERVICE

I, Samuel C. Bodurtha, hereby certify that the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on October 10, 2019.

*/s/ Samuel C. Bodurtha*
Samuel C. Bodurtha

1012775\304513582.v1