UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| HENRY SALAZAR,<br><br>        Plaintiff,<br><br>v.<br><br>SELENE FINANCE, LP; U.S. BANK NATIONAL ASSOCIATION AS LEGAL TITLE TRUSTEE FOR BCAT 2016-18TT; and PEDRO TAVERAS,<br><br>        Defendants. | C.A. No. 1:18-cv-00495-WES-PAS |

## STIPULATION EXTENDING DEFENDANTS' RESPONSIVE PLEADING DEADLINE

Plaintiff, Henry Salazar ("Plaintiff"), and Defendants, Selene Finance, and LP; U.S. Bank National Association as Legal Title Trustee for BCAT 2016-18TT ("Defendants"), hereby stipulate and agree that Defendants shall have up to and including January 17, 2020 to reply to Plaintiff's objection to Defendant's Motion to Dismiss.

Respectfully submitted,

| | |
|---|---|
| HENRY SALZAR,<br><br>By Her Attorneys,<br><br> /s/ John B. Ennis<br>John B. Ennis, Bar No. 2135<br>1200 Reservoir Avenue<br>Cranston, RI 02920<br>Telephone: (401) 943-9230<br>Jbelaw75@gmail.com<br><br>Dated:   January 6, 2020 | SELENE FINANCE, LP; U.S. BANK NATIONAL ASSOCIATION AS LEGAL TITLE TRUSTEE FOR BCAT 2016-18TT<br><br>By Their Attorneys,<br><br> /s/ Samuel C. Bodurtha<br>Samuel C. Bodurtha, Bar No. 7075<br>HINSHAW & CULBERTSON LLP<br>56 Exchange Terrace, 5th Floor<br>Providence, RI 02903<br>Telephone: (401) 751-0842<br>Facsimile: (401) 751-0072<br>sbodurtha@hinshawlaw.com |

## **CERTIFICATE OF SERVICE**

       I, Samuel C. Bodurtha, hereby certify that the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on January 6, 2020.

                                              */s/ Samuel C. Bodurtha*
                                              Samuel C. Bodurtha

1012775\304924487.v1